KATHLEEN BLISS
Nevada Bar No. 7606
The Federal Defenders Law Group
4240 W Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Telephone: 702.707.2000
Fax: 702.866.1940

Attorney for Defendant Paul Engstrom

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL DEASE and PAUL ENGSTROM,<br><br>    Defendants. | CASE NO.: 2:15-cr-255-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME AND PROPOSED ORDER**<br><br>(First Request) |

In compliance with Local Rule 6-1(d), Defendant Paul Engstrom hereby states that his motion to suppress was filed on December 22, 2015. *Dkt. # 43*. The United States filed its response in opposition on January 12, 2016. *Dkt. # 50*. Mr. Engstrom and the Government have agreed to extend the time in which Mr. Engstrom must file his reply in support of his motion to suppress by one (1) week, to January 27, 2016.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Kathleen Bliss, counsel for Paul Engstrom, that the current deadline of January 20, 2016, in which Defendant must file his reply in support of his motion to suppress be extended for one (1) week. Defendant shall file his reply on or before January 27, 2016.

Dated this 20th day of January, 2016.

/S/ Susan Cushman  
Susan Cushman  
Assitant United States Attorney

Attorney for the United States

/S/ Kathleen Bliss  
Kathleen Bliss, Esq. of  
The Federal Defenders Law Group, LLC

Attorney for Defendant Paul Engstrom

### ORDER

Based upon the stipulation of counsel for the United States and for the Defendant, it is hereby ORDERED that the current deadline in which Defendant Engstrom's reply in support of his motion to suppress is due is hereby extended to January 27, 2016.

**IT IS SO ORDERED:**

_____  
United States Magistrate Judge

Dated: January 27, 2016

2

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure, I certify that I am an employee of THE FEDERAL DEFENDERS LAW GROUP, LLC, and that on this 20th day of January, 2016, I did cause a true and correct copy of:

**STIPULATION TO EXTEND TIME AND PROPOSED ORDER**

To be served electronically to the parties of record through electronic mail:

By: */s/ Krystle Platero*_____

An employee of
THE FEDERAL DEFENDERS LAW GROUP, PLLC