TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Daniel J. Dease***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00253-JAD-PAL |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| DANIEL J. DEASE, | ) | Consolidated with Case: 2:15-cr-00255-JAD-PAL |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, DANIEL J. DEASE, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the Revocation of Supervised Release Hearing in the above-captioned matter currently set for Monday, April 25, 2016 be re-set for at least 30 days.

This Stipulation is entered into for the following reasons

1. On December 23, 2015 the case 2:13-cr-00253 was consolidated and assigned to the Honorable Judge Jennifer A. Dorsey with current case number 2:15-cv-00255.

2. Mr. Leventhal will be in trial for 2:14-cr-00357 and therefore will not be available on the current set date.

3. Mr. Dease is currently in custody and agrees with this request.

4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 14th day of April, 2016.

/s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Counsel for Daniel J. Dease

/s/ Susan Cushman  
SUSAN CUSHMAN  
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Leventhal & Associates, PLLC  
Nevada Bar No. 008543  
California Bar No. 223577  
626 S. 3rd Street  
Las Vegas, Nevada 89101  
T: 702-472-8686  
leventhalandassociates@gmail.com  
Attorney for: Daniel J. Dease

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Daniel J. Dease***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00255-JAD-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| DANIEL J. DEASE, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. On December 23, 2015 the case 2:13-cr-00253 was consolidated and assigned to the Honorable Judge Jennifer A. Dorsey with current case number 2:15-cv-00255.

2. Mr. Leventhal will be in trial for 2:14-cr-00357 and therefore will not be available on the current set date.

3. Mr. Dease is currently in custody and agrees with this request.

4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would best be served by granting a continuance of the current Revocation Hearing date and reset it for the same date as the trial in the 2:15-cv-00255 case or a time convenient for the court.

## ORDER

Accordingly, IT IS SO ORDERED that the current Revocation Hearing is vacated and the same is continued and reset for Thursday, June 16, 2016, at 1:30 p.m. in Courtroom #6D.

Dated this 18th day of April, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2016 a true and correct copy of the,

**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**

was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :


**Kathleen Bliss** :   kathleen.bliss@thefederaldefenders.com, jason.hicks@thefederaldefenders.com, joshua.ang@thefederaldefenders.com, kb@kathleenblisslaw.com, krystle@thefederaldefenders.com, paul.padda@thefederaldefenders.com, ppadda@caplawyers.com


**Susan Cushman**:   susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, denise.cope@usdoj.gov


   /s/ Carmen Martinez /s/
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.